# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2017

### NO.  03-17-00046-CV

**Matthew Bialaszewski, Appellant**

**v.**

**Amanda Bialaszewski, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN**
**REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the trial court's order granting appellee's petition for bill of review, signed on November 10, 2016.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order.  Therefore, the Court reverses the trial court's order and arrearage finding and renders judgment denying appellee's petition for bill of review.  The order challenged by appellee remains in full force and effect.  Appellee shall pay all costs relating to this appeal, both in this Court and the court below.